LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-01495 BRO | Date | May 6, 2015 |
|---|---|---|---|
| Title | IN RE: WILLIAM ROBERT NORRIE | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present        Not Present

**Proceedings:**        (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL AND APPELLEE'S MOTION TO DISMISS

Pending before the Court is Appellee Brad D. Krasnoff's Motion to Dismiss Appellant's bankruptcy appeal. (Dkt. No. 9.) The matter is currently set for a hearing on May 11, 2015. On April 28, 2015, Appellant filed a notice acknowledging that its opposition to Appellee's motion was due on April 20, 2015, and indicating that the opposition papers would be filed by no later than Wednesday, April 29, 2015. (Dkt. No. 14.) As of this date, Appellant has not opposed the motion.

Additionally, on April 1, 2015 the Court issued an order to show cause as to why this appeal should not be dismissed for lack of prosecution. (Dkt. No. 8.) In response to the order, Appellant filed a statement of issues, a statement of designation of record, and a transcript ordering form with the bankruptcy court. (*See* Dkt. No. 12, Ex. 1.) Appellant also indicated that it would file its opening brief by Friday, April 24, 2015. (Dkt. No. 12 at 1.) As of this date, however, Appellant has not done so.

Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12. Additionally, Appellant's failure to file an opening brief may result in this appeal's dismissal for failure to prosecute. *See Hall v. Whitley*, 935 F.2d 164, 165 (9th Cir. 1991) ("Litigants should be aware that failure to provide transcripts or other required materials may well result in dismissal of the appeal or other sanctions.").

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-01495 BRO | Date | May 6, 2015 |
|---|---|---|---|
| Title | IN RE: WILLIAM ROBERT NORRIE | | |

Accordingly, Appellant is hereby **ORDERED TO SHOW CAUSE** as to why Appellee's Motion to Dismiss should not be granted, and why this appeal should not be dismissed for lack of prosecution. Appellant's response to this Order **shall be filed by no later than Monday, May 11, 2015, at 5:00 p.m.** The hearing on Appellee's Motion to Dismiss is continued to Monday, June 8, 2015, at 1:30 p.m. Appellant's opposition to the pending Motion to Dismiss, if any, shall be filed by no later than Wednesday, May 13, 2015, at 5:00 p.m.

**IT IS SO ORDERED.**

:

Initials of Preparer    rf